Charles P. Kuntz, SBN 46307
David R. Dell, SBN 253927
Coombs & Dunlap, LLP
1211 Division Street
Napa, California 94559
Telephone: (707) 252-9100
Facsimile: (707) 252-8516

Attorneys for Defendant
Kate E. Critchlow

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Robert W. Critchlow,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Kate E. Critchlow, an individual, and John A. Wanor an individual, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | No. CV12-01198LB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT** ORDER<br><br>Date Action Filed: March 9, 2012 |

//
//
//
//
//
//
//
//
//
//
//

Coombs & Dunlap, LLP

1   PURSUANT TO LOCAL RULE 6-1(A), IT IS HEREBY STIPULATED AND
2   AGREED by and between the parties hereto, by their respective counsel, that Defendant Kate E.
3   Critchlow and Defendant John A. Waner each may have until January 7, 2013 to file a response to
4   Plaintiff Robert W. Critchlow's Second Amended Complaint for Damages and Other Relief.

Date: December 20, 2012          VANTRESS LAW GROUP

                                 By: /s/ Robert M. Vantress
                                 Robert M. Vantress
                                 Attorneys for Plaintiff
                                 Robert Critchlow

Date: December 18, 2012          COOMBS & DUNLAP, LLP

                                 By: /s/
                                 Charles P. Kuntz
                                 David R. Dell
                                 Attorneys for Defendant
                                 Kate E. Critchlow

Date: December ____, 2012        LAW OFFICES OF JAMES K. COBB

                                 By: _____
                                 James K. Cobb
                                 Attorneys for Defendant
                                 John A. Waner

Date: December 28, 2012

**APPROVED**
/s/ Judge Laurel Beeler

CRITCHLOW V. CRITCHLOW, ET AL.
NO. CV12-01198LB

PAGE 2 OF 2
STIPULATION

PURSUANT TO LOCAL RULE 6-1(A), IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that Defendant Kate E. Critchlow and Defendant John A. Waner each may have until January 7, 2013 to file a response to Plaintiff Robert W. Critchlow's Second Amended Complaint for Damages and Other Relief.

Date: December ___, 2012           VANTRESS LAW GROUP

                                   By: _____
                                       Robert M. Vantress
                                       Attorneys for Plaintiff
                                       Robert Critchlow

Date: December 18, 2012            COOMBS & DUNLAP, LLP

                                   By: _____
                                       Charles P. Kuntz
                                       David R. Dell
                                       Attorneys for Defendant
                                       Kate E. Critchlow

Date: December 15, 2012            LAW OFFICES OF JAMES K. COBB

                                   By: _____
                                       James K. Cobb
                                       Attorneys for Defendant
                                       John A. Waner