Charles P. Kuntz, SBN 46307
David R. Dell, SBN 253927
Coombs & Dunlap, LLP
1211 Division Street
Napa, California 94559
Telephone: (707) 252-9100
Facsimile: (707) 252-8516

Attorneys for Defendant
Kate E. Critchlow

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Robert W. Critchlow, <br><br> Plaintiff, <br><br> vs. <br><br> Kate E. Critchlow, an individual, and John A. Waner an individual, and DOES 1-50, inclusive, <br><br> Defendants. | No. CV12-01198LB <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**; ORDER <br><br> Date Action Filed: March 9, 2012 |

//
//
//
//
//
//
//
//
//
//

PURSUANT TO LOCAL RULE 6-1(A), IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that Defendant Kate E. Critchlow and Defendant John A. Waner each may have until January 7, 2013 to file a response to Plaintiff Robert W. Critchlow's Second Amended Complaint for Damages and Other Relief.

Date: December 20, 2012

VANTRESS LAW GROUP

By: _____
Robert M. Vantress
Attorneys for Plaintiff
Robert Critchlow

Date: December 18, 2012

COOMBS & DUNLAP, LLP

By: _____
Charles P. Kuntz
David R. Dell
Attorneys for Defendant
Kate E. Critchlow

Date: December ____, 2012

LAW OFFICES OF JAMES K. COBB

By: _____
James K. Cobb
Attorneys for Defendant
John A. Waner

Date: December 28, 2012

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PURSUANT TO LOCAL RULE 6-1(A), IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that Defendant Kate E. Critchlow and Defendant John A. Waner each may have until January 7, 2013 to file a response to Plaintiff Robert W. Critchlow's Second Amended Complaint for Damages and Other Relief.

Date: December ___, 2012        VANTRESS LAW GROUP

By: _____
Robert M. Vantress
Attorneys for Plaintiff
Robert Critchlow

Date: December 18, 2012        COOMBS & DUNLAP, LLP

By: *[signature]*
Charles P. Kuntz
David R. Dell
Attorneys for Defendant
Kate E. Critchlow

Date: December 15, 2012        LAW OFFICES OF JAMES K. COBB

By: *[signature]*
James K. Cobb
Attorneys for Defendant
John A. Waner