UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ROBERT W. CRITCHLOW,<br><br>              Plaintiff,<br>     v.<br>KATE E. CRITCHLOW, an individual, and<br>JOHN A. WANER, an individual, and DOES<br>1-50, inclusive,<br>              Defendants.<br>_____/ | No. C 12-01198 LB<br><br>**ORDER STRIKING PLAINTIFF'S OPPOSITION BRIEF** |

On January 7, 2013, Defendants Kate Critchlow and John Waner filed separate motions to dismiss Plaintiff Robert Critchlow's Second Amended Complaint. *See* ECF Nos. 43 & 44. On January 22, 2013, the day his opposition briefing was due, Plaintiff filed a stipulation and proposed order requesting a two-day extension and seeking leave to exceed the page limits in his briefing. *See* Stipulation with Proposed Order, ECF No. 45. The stipulation and proposed order was unclear about the number of additional pages requested. *See Id.*

That day, the court granted Plaintiff's request for more time. *See* Order, ECF No. 46. With regard to the additional pages, the court denied the motion "to the extent it [sought] leave to exceed the page limits for two separate opposition briefs" and granted the motion "[t]o the extent it [sought] leave to file one combined opposition brief of up to 32 pages . . . ." Order, ECF No. 46 at 2.

Plaintiff timely filed a combined opposition brief on January 24, 2013. *See* ECF No. 47. The opposition exceeds the allowed page limit and contains no table of contents or table of authorities as

C 12-01198 LB (ORDER)

1 required by Civil Local Rule 7-4(a)(2). Accordingly, the court **STRIKES** the opposition brief.
2 Plaintiff has until 2:00 p.m. today, January 25, 2013, to file an opposition that fully complies with
3 the local rules and this court's order. Defendants' reply deadlines remain the same.
4     **IT IS SO ORDERED.**
5 Dated: January 25, 2013

_____
LAUREL BEELER
United States Magistrate Judge